UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY S. TURNER,

    Plaintiff,

v.

P. JENSEN, et al.,

    Defendants.

_____/

Case No. 1:13-cv-249

HON. JANET T. NEFF

## **ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants filed a Motion for Partial Summary Judgment (Dkt 25).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 8, 2014, recommending that this Court grant Defendants' motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

    **IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 30) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that Defendants' Motion for Partial Summary Judgment (Dkt 25) is GRANTED.

Dated: February 4, 2014

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge