UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY TURNER,

       Plaintiff,                        Case No. 1:13-cv-249

v.                                          HON. JANET T. NEFF

P. JENSEN, et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a Motion for Order to Make Copies (Dkt 86). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 3, 2015 recommending that this Court deny Plaintiff's motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 107) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Order to Make Copies (Dkt 86) is DENIED.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of the decision would not be taken in good faith.

Dated: March 27, 2015                               /s/Janet T. Neff
                                                                     JANET T. NEFF
                                                                     United States District Judge